IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

ROBERT D. JOHNSON           :
1028 7th Street, NE
Washington, DC  20002       :

    Plaintiff            :

v.                          :    Civil Action #:

HOME DEPOT U.S.A., INC.     :
2455 Paces Ferry Road, NW, C-8
Atlanta, GA  30339-4024     :

    Defendant            :

## NOTICE OF REMOVAL

Home Depot U.S.A., Inc., Defendant, by its attorney, Matthew T. Angotti, respectfully presents the following Notice of Removal from the Superior Court of the District of Columbia, pursuant to 28 U.S.C.§1441, *et seq,* and states as grounds for removal:

    1. Plaintiff, Robert D. Johnson, has filed an action against this Defendant, Home Depot U.S.A., Inc., in the Superior Court of the District of Columbia, Case #2006 CA 002755 B, alleging he was injured on December 24, 2003 while visiting a Home Depot store in the District of Columbia when several doors which had been stacked by a service desk fell, striking Plaintiff on the head and back. Plaintiff further alleges he received injuries as a result of the accident due to the negligence of

Defendant. A copy of the Complaint together with all of the pleadings filed in the Superior Court of the District of Columbia are attached hereto as Exhibit 1.

2. This action is removable to this Court on the grounds of diversity of citizenship as the Plaintiff, Robert D. Johnson, is alleged to be a resident of the District of Columbia. Defendant, Home Depot U.S.A., Inc., is a Delaware Corporation with its principal offices in Atlanta, Georgia. The amount in controversy exceeds $75,000 as the damages claimed by Plaintiff are $750,000.

3. Defendant Home Depot U.S.A., Inc., was first served with a copy of the Summons and Complaint on April 21, 2006.

**WHEREFORE,** Defendant, Home Depot U.S.A., Inc., prays the action now pending against it in the Superior Court of the District of Columbia be removed to this Court.

_____
Matthew T. Angotti (#MD05949)
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Balto., MD 21201
410-752-1630
Fax: 410-752-0085
*Attorney for Defendant*

I HEREBY CERTIFY that on this 4th day of May, 2006, a copy of the foregoing was mailed to:

Richard F. Silber, Esq.
Sparks & Silber, LLP
3221 M Street, N.W.
Washington, D.C. 20007
202-338-0687
D.C. Bar #
*Attorneys for Plaintiff*

_____
Matthew T. Angotti (#MD05949)
*Attorney for Defendant*