**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
04/21/2006
Log Number 511099333

**TO:** Nancy Bunker
The Home Depot, Inc.
2455 Paces Ferry Road, Building C-8th Floor
Atlanta, GA, 30339-4024

**RE:** Process Served in District of Columbia

**FOR:** Home Depot U.S.A., Inc. (Domestic State: DE)

RECEIVED APR 2 4 2006 BY:

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Robert D. Johnson, Pltf. vs. The Home Depot U.S.A., Inc, Dft.
Name discrepancy noted.

**DOCUMENT(S) SERVED:** Notice, Summons, Complaint and Initial Order

**COURT/AGENCY:** Superior Court of the District of Columbia, DC
Case # 0002755-06

**NATURE OF ACTION:** Summons and Complaint - You are hereby notified that the Plaintiff has made a claim and is requesting judgment against you in the sum of $750,000.00

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Washington, DC

**DATE AND HOUR OF SERVICE:** By Certified Mail on 04/21/2006 postmarked on 04/13/2006

**APPEARANCE OR ANSWER DUE:** 20 Days

**ATTORNEY(S) / SENDER(S):** Richard F. Silber
Sparks & Silber, LLP
3221 M Street, N.W.
Washington, DC, 20007
(202) 338-0687

**ACTION ITEMS:** SOP Papers with Transmittal, via Fed Ex 2 Day, 791454476055

**SIGNED:** C T Corporation System
**PER:** Mark Diffenbaugh
**ADDRESS:** 1015 15th Street, N.W.
Suite 1000
Washington, DC, 20005
**TELEPHONE:** 202-572-3133

Page 1 of 1 / MH

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

SCR CIV FORM 1-A
Notice and Acknowledgment for Service by Mail
SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

Robert D. Johnson

V.

*Plaintiff*

Civil Action Number 2006 CA 002755 B

The Home Depot U.S.A., Inc.

*Defendant*

## NOTICE

To: Name CT Corporation

Address 1015 Vermont Avenue, NW, Suite 1000

Washington, DC 20008

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you or the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) April 13, 2006

Signature

Date of Signature

Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address)

Signature

Relationship to Defedant/Authority
To Receive Service

Date of Signature

Form CV(6)-1590/Mar 97

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, NW, Room JM170
Washington, D.C. 20001 Telephone: 879-1133

Robert D. Johnson
1028 7th Street
Washington, DC 20002

*Plaintiff*

vs.

Civil Action No. 002755-06

The Home Depot U.S.A, Inc.
901 Rhode Island Avenue, NE
Washington, DC 20018

Serve: CT Corporation
1015 Vermont Avenue, NW
Suite 1000
Washington, DC 20008

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Richard F. Silber, Esquire
Name of Plaintiff's Attorney

3221 M Street, NW
Address

Washington, DC 20007

202-338-0687
Telephone

By _____
Deputy Clerk

Date April 7, 2006

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-454/Mar. 93

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.