## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

ROBERT D. JOHNSON            :

    Plaintiff              :

v.                           :     Civil Action # 2006 CA 002755 B

HOME DEPOT U.S.A., INC.      :     Initial Conference 7/7/06 at 9:30 AM
                                                                       Judge Anna Blackburne-Rigsby

    Defendant              :

## ANSWER AND AFFIRMATIVE DEFENSES

Home Depot U.S.A., Inc., Defendant, by its attorney, Edwin L. Keating, III, hereby answers the Complaint and with respect to the numbered paragraphs therein state as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth in paragraph 4 and therefore denies same.

5. Denied.

6. Denied.

## AFFIRMATIVE DEFENSES

1. The Complaint is barred by the applicable statute of limitations.

2. The Complaint is barred by the doctrine of assumption of risk.

3. The Complaint is barred by the doctrine of contributory negligence.

4. The Complaint fails to state a claim upon which relief can be granted.

5. If the accident happened as alleged any damages claimed by Plaintiff are due to the fault or other wrong of a third party customer/vendor/contractor over whom this Defendant had no control or insufficient notice.

 

*/s/ Edwin L. Keating*
Edwin L. Keating, III (#492915)
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Balto., MD 21201
410-752-1630
Fax: 410-752-0085
*Attorney for Defendant*

I HEREBY CERTIFY that on this 3rd day of May, 2006, copy of the foregoing was mailed to:

Richard F. Silber, Esq.
Sparks & Silber, LLP
3221 M Street, N.W.
Washington, D.C. 20007
D.C. Bar # 395407
*Attorneys for Plaintiff*

*/s/ Edwin L. Keating*
Edwin L. Keating, III (#492915)
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Balto., MD 21201
410-752-1630
Fax: 410-752-0085
*Attorney for Defendant*