CO-386
New 10/8/86

# United States District Court
# For the District of Columbia

Robert D. Johnson  )
1028 7th Street, NE  )
Washington, DC  Plaintiff  )
20002  )
     vs  )  Civil Action No._____
Home Depot U.S.A., Inc.  )
2455 Paces Ferry Road, NW  )
Atlanta, GA 30339-4024 Defendant  )
       )
       )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Home Depot/U.S.A., Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Home Depot U.S.A./Inc.__ which have any outstanding securities in the hands of the public:

__See Attached - Home Depot, Inc., Subsidiaries__

_____

_____

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Matthew T. Angotti_
Signature

__#MD05949__
BAR IDENTIFICATION NO.

Matthew T. Angotti
Print Name

Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Address

Balto., MD 21201
City    State    Zip Code

410-752-1630
Phone Number

# HOME DEPOT, INC. SUBSIDIARIES

The Home Depot, Inc.
HD Builder Solutions Group, Inc.
The Home Depot Supply, Inc.
Home Depot International, Inc.
Apex Supply Company, Inc.
THD At Home Services, Inc.
Brafasco Holdings II, Inc.