| | | |
|---|---|---|
| ROBERT D. JOHNSON | : | IN THE |
| Plaintiff | : | U.S. DISTRICT COURT |
| v. | : | FOR THE |
| HOME DEPOT U.S.A., INC. | : | DISTRICT OF COLUMBIA |
| Defendant | : | Civil Action # 1:06-cv-837 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Robert D. Johnson, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41, hereby stipulates to the voluntary dismissal with prejudice of any and all claims that were or could have been asserted in this action by Plaintiff Robert D. Johnson against Defendant Home Depot U.S.A., Inc.

| | |
|---|---|
| /s/ | /s/ |
| Richard F. Silber, Esq. | Matthew T. Angotti, Esq. (#05949) |
| SPARKS & SILBER, LLP | ANDERSON, COE & KING, LLP |
| 3221 M Street, NW | 201 N. Charles Street, Suite 2000 |
| Washington, DC 20007 | Baltimore, Maryland 21201-4135 |
| 202-338-0687 | 410-752-1630 |
| *Attorney for Plaintiff* | *Attorneys for Defendant Home Depot U.S.A. Inc.* |
| *(signed copy of document bearing signature of Richard F. Silber, Esquire is being Maintained in the offices of Matthew T. Angotti, Esquire)* | |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of October, 2006, a copy of the foregoing Stipulation of Voluntary Dismissal with Prejudice was electronically filed and mailed via first-class mail, postage prepaid to the following:

Richard F. Silber, Esq.
SPARKS & SILBER, LLP
3221 M Street, NW
Washington, DC 20007
202-338-0687
*Attorney for Plaintiff*

                                        /s/
Matthew T. Angotti, Esq.